```
1  ROBERT L. FORKNER (CSB# 166097)
   Law Offices of Robert L. Forkner
2  722 Thirteenth Street
   Modesto, California 95354
3  Telephone:  (209) 544-0200
   Fax:        (209) 544-1860
4
5  Attorney for Defendant
   OSCAR RIVERA-LOPEZ
6
7
8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,   )  CASE NO. 1:08-CR-175 LJO
                               )
12       Plaintiffs,           )  STIPULATION AND ORDER
                               )  TO CONTINUE STATUS HEARING
13 vs.                         )  FOR DEFENDANT
                               )
14                             )
   OSCAR RIVERA-LOPEZ,         )
15                             )
         Defendants.           )
16 _____)
```

17       IT IS HEREBY STIPULATED by and between defendant OSCAR
18 RIVERA-LOPEZ, through his attorney, ROBERT L. FORKNER, and
19 plaintiff United States of America, through its counsel of
20 record, Assistant United States Attorney KIMBERLY A.
21 SANCHEZ, hereby stipulate and request the following:
22       1.  The presently scheduled status hearing date of June
23 26, 2009, at 10:00 a.m., in court room 4 before the
24 HONORABLE LAWRENCE J. O'NEILL shall be moved to July 17,
25 2009 at 11:00 a.m.
26       2.  The defense has requested the continuance in order

1

to permit a complete review of the Government's plea offer with a certified interpreter and the defendant before further scheduling of this case.

    3.  The parties further request that time be excluded to and through that date in order to allow the defense to adequately prepare for the hearing in this case, in that the ends of justice served by a continuance "outweigh the best interests of the public and the defendant in a speedy trial."  See 18 U.S.C. § 3161(h)(8).

DATED: June 24, 2009     /s/ ROBERT L. FORKNER
                                      Attorney for Defendant
                                      OSCAR RIVERA-LOPEZ

DATED: June 24, 2009     /s/ KIMBERLY A. SANCHEZ
                                      Assistant US Attorney
                                      KIMBERLY A. SANCHEZ

## ORDER

IT IS HEREBY ORDERED that the status hearing be continued to July 17, 2009 at 11:00 a.m., in court room 7 for the defendant OSCAR RIVERA-LOPEZ. That the time period between June 26, 2009 and July 17, 2009 be excluded from the Speedy Trial Clock as the Court finds that the ends of justice served by a continuance "outweigh the best interests of the public and the defendant in a speedy trial." See 18 U.S.C. § 3161(h)(8).

IT FURTHER APPEARING that the continuance would permit the defense to conduct necessary review of the Government's plea offer with a certified interpreter and the defendant for adequate preparation in this case.

NO FURTHER CONTINUANCES. ON JULY 17, 2009 WE EITHER ACCEPT A CHANGE OF PLEA OR SET IT FOR TRIAL.

IT IS SO ORDERED.

Dated:   June 25, 2009             /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE