Andrés Z. Bustamante (SBN 147025)
Attorney at Law
634 South Spring Street, Suite 910
Los Angeles, California 90014
Tel:         (213) 891-9009
Fax:        (213) 627-1655

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                              Plaintiff,      )<br>                                                    )<br>vs.                                                  )<br>                                                    )<br>OSCAR RIVERA-LOPEZ,                    )<br>                              Defendant.   )<br>                                                    )<br>_____) | Case No. CR-08-00175-LJO-3<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

      The Court notes that this case has already been scheduled for a jury trial.  The trial is set for July 12, 2010.  The granting of this motion is CONDITIONED upon new counsel being available, without conflict, to try the case on the date currently set.  If that condition is not acceptable to new counsel, then the request is DENIED.  If the condition is acceptable, then the following order issues:

The Court hereby orders that the request of Defendant Oscar Rivera Lopez to substitute Andres Z. Bustamante, who is retained counsel, 634 S. Spring Street, Suite 910, Los Angeles, California 90014, Telephone (213) 891-9009, Facsimile (213) 627-1655 and email address: blaw.azb@sbcglobal.net, as attorney of record in place and stead of Robert C. Lamanuzzi, Law Offices of Robert C. Lamanuzzi, is hereby **GRANTED**.

For this ORDER to be effective as to its finality of meaning and substance, counsel who wishes to come into this case must, within 5 court days, either accept or reject the condition IN A WRITTEN FILING.

Dated: March 19, 2010                       /s/ Lawrence J. O'Neill
                                            Honorable Lawrence J. O'Neill
                                            United States District Court