**Law Offices of Andres Bustamante**
**Andres Z. Bustamante- Bar No. 147025**
**634 S. Spring Street, Suite 910**
**Los Angeles, CA 90014**
**Telephone (213) 891-9009**
**Facsimile (213) 627-1655**
Attorney for Defendant
*Oscar Rivera-Lopez*

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 08CR00175-003 LJO |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| OSCAR RIVERA-LOPEZ, ) | |
| ) | |
| Defendant ) | |
| ) | |

Defendant Oscar Rivera-Lopez' unopposed motion to continue sentencing date is hereby:

__X____ Granted

_____ Denied

     The Sentencing Hearing currently set for 9/24/2010 has been CONTINUED to October 15, 2010 at 9:45am.

Date:   September 22, 2010

                                                             /s/ Lawrence J. O'Neill
                                                             Honorable Federal District Judge
                                                             Lawrence J. O'Neill