**Law Offices of Andres Bustamante**
**Andres Z. Bustamante- Bar No. 147025**
**634 S. Spring Street, Suite 910**
**Los Angeles, CA 90014**
**Telephone (213) 891-9009**
**Facsimile (213) 627-1655**
Attorney for Defendant
*Oscar Rivera-Lopez*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 08CR00175-003 LJO |
| Plaintiff, | **ORDER** |
| vs. | |
| OSCAR RIVERA-LOPEZ, | |
| Defendant | |

The parties' Joint Stipulation to Continue Sentencing Date is hereby:

__X____ Granted.   Sentencing currently set for 10/15/2010 has been CONTINUED to 11/12/2010 at 10:00am.  (Joint Stipulation doc. 89)

_____ Denied

Date:   October 12, 2010

/s/ Lawrence J. O'Neill
Honorable Federal District Judge
Lawrence J. O'Neill

1