```
BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare St.
Fresno, CA  93721
(559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:08-cr-00175 LJO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| v. | |
| OSCAR RIVERA-LOPEZ, | Date: November 12, 2010 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Lawrence J. O'Neill |

    The Defendant is presently set to be sentenced on November 12, 2010 and would like the Government to recommend limiting the applicability of the statutory minimum sentence under United States Sentencing Guideline (USSG) § 5C1.2. USSG § 5C1.2(a)(5) requires that not later than the time of sentencing hearing, the Defendant *truthfully* provide the Government *all* information and evidence the Defendant has concerning the offense or offenses that were part of the same course of conduct or of a common scheme or plan.

    On October 7, 2010, the Government debriefed the Defendant under USSG § 5C1.2. At that debriefing, the Government was not satisfied that the requirements of USSG § 5C1.2(a)(5) were met. The Defendant, thereafter, requested a second debriefing. For this second debriefing, agents travelling from out-of-state have had to be arranged. Due to airline issues, this second debriefing has had to be set for November 15, 2010, a date occurring after current date for sentencing. As such, the Parties are continuing

1

to work on this matter and believe that rescheduling the sentencing date would conserve resources and allow time for the Parties to attempt to reach a speedy and just resolution to the case. The Parties hereby stipulate and request that the sentencing hearing be continued to December 3, 2010 at 9:00 a.m.

DATED: <u>November 8, 2010</u>                              By: <u>/s/ Yasin Mohammad</u>_____
                                                                                     YASIN MOHAMMAD
                                                                                     Assistant U.S. Attorney

DATED: <u>November 8, 2010</u>                              By: <u>/s/ Andres Z. Bustamante</u>_____
                                                                                     Andres Z. Bustamante
                                                                                     Attorney for Oscar Rivera-Lopez

    IT IS HEREBY ORDERED THAT sentencing be continued to December 3, 2010 at 9:00 a.m.

Dated: November 9, 2010                                          /s/ Lawrence J. O'Neill_____
                                                                                     LAWRENCE J. O'NEILL
                                                                                     U.S. District Judge

2